1    **WO**                                                                          LMH

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Henry Mario Hernandez,              )    No. CV 05-3833-PHX-MHM (JRI)
                                         )
10           Plaintiff,                  )    **ORDER TO SHOW CAUSE**
                                         )
11   vs.                                 )
                                         )
12                                       )
     Maricopa County Sheriff's Office, et al., )
13                                       )
             Defendants.                 )
14                                       )
                                         )
15

16          This is one of more than one thousand civil rights actions filed since September 2004

17   by Maricopa County Jail inmates.[1]  Plaintiff was formerly confined in the Durango Jail in

18   Phoenix, Arizona, but he has provided a private residence as his current address.  His *in*

19   *forma pauperis* application is incomplete because it lacks a certificate of a correctional

20   officer as to the account status.  Apparently, Plaintiff did not submit a certificate because he

21   was not incarcerated when he filed his Complaint.

22          A person who is a *prisoner* at the time of the filing of a Complaint is obligated to pay

23   the $250.00 civil action filing fee.  See Taylor v. Delatoore, 281 F.3d 844, 847 (9th Cir.

24   _____

25          [1]Many inmates apparently believe that they will receive an immediate payout from a
26   fund established in Hart v. Hill, No. CV 77-0479-PHX-EHC (MS) (D. Ariz.).  No such fund
     exists.  The inmates in Hart asked for injunctive relief and not monetary damages.  The Court
27   at this time expresses no opinion whether Plaintiff's lawsuit may result in an award of
     damages.
28

JDDL

1   2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount

2   of the filing fee."); 28 U.S.C. § 1915(b)(1).  If granted the privilege of proceeding *in forma*

3   *pauperis*, a prisoner may pay the fee incrementally according to the statutory formula

4   provided in 28 U.S.C. § 1915(b).  In contrast, a *nonprisoner* is entitled to have the $250.00

5   filing fee waived if granted the privilege of proceeding *in forma pauperis*.  See 28 U.S.C.

6   § 1915(a)(1).

7           Plaintiff's present application is deficient because he has applied as a prisoner when

8   he is not one.  The Court will require him to instead apply as a nonprisoner.  The Court will

9   direct the Clerk of Court to send him a form for applying to proceed *in form pauperis* as a

10  nonprisoner.   Of course, Plaintiff may simply submit the $250.00 filing fee in lieu of

11  applying to proceed *in forma pauperis*.  He will be permitted 30 days to respond.

12          Plaintiff should take notice that if he fails to timely comply with every provision of

13  this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule

14  41(b) of the Federal Rules of Civil Procedure.   See Ferdik v. Bonzelet, 963 F.2d 1258 (9th

15  Cir.) (district court may dismiss action for failure to comply with any order of the court), cert.

16  denied, 506 U.S. 915 (1992).  In addition, until the method of collection of the filing fee is

17  resolved, the Court will not screen his action under 28 U.S.C. § 1915A.

18  **IT IS THEREFORE ORDERED THAT:**

19          (1)  Plaintiff shall have **thirty (30) days** from the date this Order is filed to either pay

20  the $250.00 filing fee in full or to apply to proceed *in forma pauperis.*

21          (2)  The Clerk of Court is directed to send Plaintiff a form for applying to proceed *in*

22  *forma pauperis* as a nonprisoner.

23          (3)  The Clerk of Court is directed to enter a judgment of dismissal of this action

24  without prejudice and without further notice if Plaintiff fails to comply.

25          DATED this 6th day of April, 2006.

26

27

28  _____
                        Mary H. Murguia
                        United States District Judge

JDDL

Name
Address
City, State, Zip
Telephone number

1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

6

7
                                             )

8
                Plaintiff,         )
                                             )  CV

9
vs.                                  )
                                           )  **MOTION TO PROCEED**

10
                                           )  **IN FORMA PAUPERIS and**
                                         )  **SUPPORTING INFORMATION**

11
                Defendant.     )
                                           )

12
_____ )

13
   I, _____, declare that I am the Plaintiff in this action;

14
that I hereby request to proceed without being required to prepay fees, costs or give security

15
therefore.  I state that, because of my poverty, I am unable to pay the fees of said proceeding;

16
that I believe I am entitled to relief.

17
In further support of this application, I answer the following questions:

18
1.     Are you presently employed?                 Yes   No

19
     a.     If the answer is "yes", state the amount of your salary or wages per month and

20
            give the name and address of your employer.

21

22

23
     b.     If the answer is "no", state the date of last employment and the amount of the

24
            salary and wages per month which you received.

25

26

27

28

ATTACHMENT 6

2.    Is your spouse employed?                                 Yes    No

3.    Have you received within the past twelve months any money from any of the following sources?

    a.       Business or other form of self employment    Yes    No

    b.       Rent payments, interest or dividends    Yes    No

    c.       Pensions, annuities or life insurance payments    Yes    No

    d.       Gifts or inheritances    Yes    No

    e.       Any other sources    Yes    No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

4.    Do you own any cash, or do you have money in checking or savings accounts?

If the answer is "yes", what is the amount of money you own in cash _____,

checking account _____, savings account _____.

5.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding household furnishing and clothing)? Yes    No

If the answer is "yes", describe and give estimated value of each.

6.    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support.

I declare under penalty of perjury that the forgoing is true and correct.

        DATED this ___ day of _____, 200__.


_____
Your signature in ink
_____
Your name typed or printed
_____

_____
Address
_____
Telephone Number